UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OASIS BEAUTY SUPPLY, INC.,

      CASE NO.: _____

    Plaintiff,

vs.

MT. HAWLEY INSURANCE COMPANY,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") files this Notice of Removal of this action from the 1st Judicial Circuit Court in Escambia County, Florida to the Pensacola Division of the United States District Court for the Northern District of Florida, the district and division in which the 1st Judicial Circuit is located. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Mt. Hawley respectfully shows this Court as follows:

1. On August 23, 2021, OASIS BEAUTY SUPPLY, INC. ("Plaintiff") commenced an action against Mt. Hawley in the 1st Judicial Circuit Court in Escambia County, Florida, entitled *Oasis Beauty Supply, Inc. v. Mt. Hawley Insurance Company*, pending as Case No. 2021-CA-002469 (the "State Court Case"). *See* **Exhibit "B."**

2. On April 6, 2022, Mt. Hawley's registered agent was served with the Summons and Complaint in the State Court Case. As such, removal is timely because thirty (30) days have not elapsed since Mt. Hawley first received Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

3. A copy of this Notice of Removal will be filed with the State of Florida Circuit Court in Escambia County, and a copy of this Notice of Removal will also be served on Plaintiff.

4. In accordance with Local Rule 7.2, copies of all processes, pleadings, orders signed by the state court judge, a copy of the state court docket sheet, a copy of each paper filed or served

in the state court, and a complete list of all counsel of record, together with an index of such documents are attached hereto as **Exhibits A – F** as follows:

> **Exhibit A**   An index of matters being filed;
>
> **Exhibit B**   All pleadings asserting causes of action and answers thereto;
>
> **Exhibit C**   State Court Case docket sheet;
>
> **Exhibit D**   A copy of each paper filed or served in the state court;
>
> **Exhibit E**   Plaintiff's pre-suit estimate of damages totaling $244,420.00;
>
> **Exhibit F**   List of all counsel of record and contact information.

5. Plaintiff has requested trial by jury in the State Court Case.

6. Mt. Hawley has filed contemporaneously with this Notice a civil cover sheet.

## Basis for Removal: Diversity

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1332, in that this is a civil action where the matter in controversy exceeds $75,000, and is between citizens of different States.

> **A.  The amount in controversy exceeds the federal minimum jurisdictional requirements.**

8. Plaintiff's Complaint in the State Court Case contends that its property is located at 711 North Pace Blvd., Pensacola, Florida 32505, which was insured under a commercial insurance policy issued by Mt. Hawley, Policy No. GPK0012118 (the "Policy"). *See* **Exhibit B**, Compl. at ¶6. Plaintiff's Complaint contends that "[o]n or about September 16, 2020, while the Policy was in full force and effect, the Property sustained damage as a result of the windstorm known as Hurricane Sally (the "Loss"), which falls within coverage afforded pursuant to the Policy." *See* **Exhibit B**, Compl. at ¶8. Plaintiff's Complaint further alleges that Mt. Hawley breached the Policy. *See id.* at ¶¶17-23. According to the Complaint, Plaintiff seeks damages "…that exceed[] Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest, costs and attorney's fees… ." *Id.* at ¶1.

9. Before the commencement of the State Court Case, Mt. Hawley received correspondence from Plaintiff's counsel providing an estimate of damages relating to the subject claim in the amount of $244,420.00. *See* Estimate, attached hereto as **Exhibit "E."** Plaintiff's complaint likewise alleges its estimate of damages to be $244,420.00. See **Exhibit B**, Compl. at ¶12.

10. Accordingly, while Mt. Hawley denies that Plaintiff's claim is covered under the Policy, the amount in dispute exceeds $75,000, exclusive of interest and costs.

**B.     There is complete diversity between Plaintiff and Mt. Hawley.**

11. Under the diversity statute, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." See 28 U.S.C. §1332(c)(1).

12. Plaintiff OASIS BEAUTY SUPPLY, INC. is a corporation organized under the laws of Florida, with its principal place of business in Florida. Accordingly, Plaintiff is a citizen of the State of Florida for purposes of determining diversity jurisdiction.

13. Defendant Mt. Hawley is a corporation organized under the laws of Illinois, with its principal place of business in Illinois. Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction.

14. Complete diversity exists in this case and removal is proper because Plaintiff is a citizen of Florida and Defendant Mt. Hawley is a citizen of Illinois.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the Circuit Court of the 1st Judicial Circuit in and for Escambia County, Florida, be removed to this Court.

Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood [FBN: 41495]
**CHARTWELL LAW**
100 SE 2nd Street, Suite 2150
Miami, FL 33131
Telephone (305) 372-9044
Fascimile (305) 372-5044
mmahfood@chartwelllaw.com
***Attorneys for Defendant***
***Mt. Hawley Insurance Company***

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 6th day of May, 2022, as follows:

Manny M. Tarich, Esq.
Florida Bar No. 654876
Tarich Law Firm
1946 Tyler Street
Hollywood, Florida 33020
Telephone: 305.503.5095
Facsimile: 866.858.1226
Primary Email: Manny@TarichLaw.com
Additional Email: Alex@TarichLaw.com
Additional Email: Scheduling@TarichLaw.com
***Attorneys for Plaintiff***

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood