# U.S. District Court
## Northern District of Florida (Pensacola)
### CIVIL DOCKET FOR CASE #: 3:22−cv−06029−MCR−ZCB

| | |
|---|---|
| OASIS BEAUTY SUPPLY INC v. MT HAWLEY INSURANCE COMPANY<br>Assigned to: JUDGE M CASEY RODGERS<br>Referred to: MAGISTRATE JUDGE ZACHARY C BOLITHO<br>Case in other court:  FIRST JUDICIAL CIRCUIT ESCAMBIA COUNTY, FL, 2021−CA−002469<br>Cause: 28:1332 Diversity−Notice of Removal | Date Filed: 05/06/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 110 Insurance<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **OASIS BEAUTY SUPPLY INC** | represented by | **MANNY MENASHE TARICH**<br>TARICH LAW FIRM PA – HOLLYWOOD FL<br>1946 TYLER STREET<br>SUITE 7<br>HOLLYWOOD, FL 33020<br>305−503−5097<br>Fax: 866−858−1226<br>Email: Manny@TarichLaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**WILLIAM E CALNAN**<br>THE TARICH LAW FIRM PA – HOLLYWOOD FL<br>1946 TYLER STREET<br>HOLLYWOOD, FL 33020<br>305−503−5095<br>Fax: 866−858−1226<br>Email: wcalnan@tarichlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **MT HAWLEY INSURANCE COMPANY** | represented by | **MARCUS G MAHFOOD**<br>THE CHARTWELL LAW OFFICES – MIAMI FL<br>100 SE 2ND STREET<br>SUITE 2150<br>MIAMI, FL 33131<br>305−372−9044<br>Fax: 305−372−5044<br>Email: mmahfood@chartwelllaw.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2022 | 1 | NOTICE OF REMOVAL by MT HAWLEY INSURANCE COMPANY from FIRST JUDICIAL CIRCUIT, ESCAMBIA COUNTY, FL, case number 2021−CA−002469. ( Filing fee $ 402 receipt |

| | | |
|---|---|---|
| | | number AFLNDC–7003737.), filed by MT HAWLEY INSURANCE COMPANY. (Attachments: # 1 Exhibit A – An index of matters being filed, # 2 Exhibit B – All pleadings asserting causes of action and answers thereto, # 3 Exhibit C – State Court Case docket sheet, # 4 Exhibit D – A copy of each paper filed or served in the state court; and copy of Service of Process, # 5 Exhibit E – Plaintiffs pre–suit estimate of damages totaling $244,420, # 6 Exhibit F – List of All Counsel of Record and Contact Information) (MAHFOOD, MARCUS) (Entered: 05/06/2022) |
| 05/09/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 1 Notice of Removal. (Please see proposed ISO.) (alb) (Entered: 05/09/2022) |
| 05/09/2022 | 2 | NOTICE of Appearance by WILLIAM E CALNAN on behalf of OASIS BEAUTY SUPPLY, INC. (CALNAN, WILLIAM) (Entered: 05/09/2022) |
| 05/09/2022 | 3 | INITIAL SCHEDULING ORDER : Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **5/23/2022**. Rule 26 Meeting Report due by **6/22/2022**. Discovery due by **11/7/2022**. Signed by JUDGE M CASEY RODGERS on 05/09/2022. (alb) (Main Document 3 replaced on 5/9/2022) (alb). (Entered: 05/09/2022) |
| 05/13/2022 | 4 | MOTION to Change Venue *(Defendant's Motion to Transfer Venue)* by MT HAWLEY INSURANCE COMPANY. (Attachments: # 1 Exhibit A Policy, # 2 Exhibit B New Hope Order, # 3 Exhibit C Pinto – Order Granting Motion to Transfer, # 4 Exhibit D Doral City – Order Granting MTV, # 5 Exhibit E Summerwind – Order granting transfer, # 6 Exhibit F Storm Damage – Order Granting MTV, # 7 Exhibit G Amusam Order, # 8 Exhibit H 5th Circuit – Order Granting Petition for Writ of Mandamus, # 9 Exhibit I H–2 Kendall Order) (MAHFOOD, MARCUS) (Entered: 05/13/2022) |
| 05/13/2022 | 5 | *Defendant's* ANSWER to Complaint *and Affirmative Defenses* by MT HAWLEY INSURANCE COMPANY. (MAHFOOD, MARCUS) (Entered: 05/13/2022) |
| 05/13/2022 | | Set Deadlines/Hearings re 4 Motion to Transfer Venue. (Internal deadline for referral to judge if response not filed earlier: **5/27/2022**). (alb) (Entered: 05/16/2022) |
| 05/23/2022 | 6 | Corporate Disclosure Statement/Certificate of Interested Persons by MT HAWLEY INSURANCE COMPANY identifying Corporate Parent RLI CORP, Other Affiliate RLI INSURANCE COMPANY, Other Affiliate STATE STREET CORPORATION, Other Affiliate BLACKROCK INC for MT HAWLEY INSURANCE COMPANY.. (MAHFOOD, MARCUS) (Entered: 05/23/2022) |
| 05/23/2022 | 7 | Corporate Disclosure Statement/Certificate of Interested Persons by OASIS BEAUTY SUPPLY INC identifying Other Affiliate WIlliam E. Calnan for OASIS BEAUTY SUPPLY INC.. (CALNAN, WILLIAM) (Entered: 05/23/2022) |
| 05/23/2022 | 8 | ORDER REASSIGNING CASE. Case reassigned to MAGISTRATE JUDGE ZACHARY C BOLITHO for all further proceedings. MAGISTRATE JUDGE ELIZABETH M TIMOTHY no longer assigned to case. Signed by CHIEF JUDGE MARK E WALKER on 5/23/2022. (lsd) **Please use the new judge's initials for all future filings: 3:22cv6029–MCR–ZCB. (Entered: 05/24/2022) |
| 05/27/2022 | 9 | RESPONSE to Motion re 4 MOTION to Change Venue *(Defendant's Motion to Transfer Venue) Response to Motion to Transfer* filed by OASIS BEAUTY SUPPLY INC. (CALNAN, WILLIAM) (Entered: 05/27/2022) |
| 05/29/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 9 Response to Motion, 4 MOTION to Change Venue *(Defendant's Motion to Transfer Venue)* (alb) (Entered: 05/29/2022) |

| | | |
|---|---|---|
| 06/06/2022 | 10 | ORDER granting 4 MOTION to Change Venue. The clerk of court is directed to transfer this case to the United States District Court for the Southern District of New York and close the file. Until Oasis retains substitute counsel, counsel for Mt. Hawley is encouraged to keep Oasiss current counsel apprised of any activity in the case once it is transferred. Signed by JUDGE M CASEY RODGERS on 06/06/2022. (alb) (Entered: 06/06/2022) |