UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

OASIS BEAUTY SUPPLY INC.,

          Plaintiff,

No. 22-cv-04845

v.

MT HAWLEY INSURANCE COMPANY,

          Defendant.

---------------------------------------------------------------x

## SCHEDULING ORDER

McMahon, J.:

The Court having convened an initial conference in this action enters the following schedule:

- By **December 1, 2022,** Plaintiff shall provide Defendant's counsel with Rule 26 discovery, consisting of all documentation of the damage to stock and premises that are the subject of the parties' dispute and all records reflecting the cost or economic value of the damaged stock and/or tenant improvements, together with a copy of plaintiff's lease and any other documents relating to the subject matter of this action (being the damage caused to the Plaintiff's business premises by Hurricane Sally in 2020); and Defendant shall provide Plaintiff's counsel with Rule 26 discovery, consisting of the entire underwriting file and all documents reflecting or explaining the Defendant's valuation of the Plaintiff's losses due to Hurricane Sally that are covered by the Policy. Each party shall also designate one Rule 30(b)(6) witness to be deposed during January 2023.

- By **January 31, 2023,** parties shall complete witness depositions pursuant to Fed. R. Civ. P. 30(b)(6).

- By **February 10, 2023,** parties shall either to consent to mediation or advise the court that they do not consent to mediation, in which case they have until March 10, 2023 to submit a joint pretrial order in the form prescribed in Judge McMahon's Individual Rules, together with all other pretrial submissions required by those rules.

Dated: November 10, 2022

_____
U.S.D.J.

BY ECF TO ALL PARTIES