

**MATTHEW KRAUS**
Direct Dial: (212) 785-0757
mkraus@chartwelllaw.com

One Battery Park Plaza, 7th Floor
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

March 1, 2023

<u>**VIA ECF**</u>

The Honorable Colleen McMahon
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Oasis Beauty Supply Inc. v. Mt. Hawley Insurance Company*
               1:22-cv-04845

Dear Judge McMahon:

    We are pleased to report that Plaintiff Oasis Beauty Supply, Inc. ("Oasis") and defendant Mt. Hawley Insurance Company ("Mt. Hawley") have thus far worked together to resolve any and all discovery disputes and have diligently completed written discovery. The parties have also participated in preliminarily settlement discussions. Based upon those discussions, the parties are reasonably hopeful that a mediation will lead to a mutually beneficial resolution of Oasis' claims against Mt. Hawley. The parties therefore jointly request that the Court refer this matter to the Southern District's Mediation Program and extend all remaining fact and expert discovery deadlines so that the parties can focus their attention on successfully resolving this matter.

    We thank the Court for its attention to this matter.

                                                   Respectfully submitted,

**ALLEN & OVERY, LLP**                    **CHARTWELL LAW**

**By**:____/s/ *Marwan Faruq Sehwail*_____    By: _____
       Marwan Faruq Sehwail, Esq.                  Matthew Kraus, Esq. (0621)