```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OASIS BEAUTY SUPPLY INC.,

                          Plaintiff,

          - against -

MT HAWLEY INSURANCE COMPANY,

                         Defendant.
------------------------------------------------------------X

22-CV-4845 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for purposes of overseeing remaining discovery. Accordingly, by October 17, 2023, the parties shall jointly file a letter setting forth case status, the scope of discovery remaining, and any pending discovery disputes.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.