```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OASIS BEAUTY SUPPLY INC.,

                        Plaintiff,

       - against -

MT HAWLEY INSURANCE COMPANY,

                      Defendant.
-------------------------------------------------------------X

22-CV-4845 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       As discussed in the Case Management Conference held by telephone on October 31, 2023, the parties shall submit a revised proposed case management plan and scheduling order by November 7, 2023. Additionally, Plaintiff will respond to and produce substantive responses and documents responsive to Defendant's discovery requests as identified by Defendant in its October 17, 2023 letter. (Dkt. 33.)

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2023
       New York, New York

Copies transmitted this date to all counsel of record.