```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OASIS BEAUTY SUPPLY INC.,   :
                                                   :   22-CV-4845 (CM) (RWL)
                 Plaintiff,   :
                                                   :
      - against -   :   **ORDER**
                                                   :
MT HAWLEY INSURANCE COMPANY,   :
                                                   :
                Defendant.   :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves Defendant's letter motion at Dkt. 38 to compel Plaintiff to provide responses to Defendant's demands for written discovery by December 8, 2023. Defendant filed its letter motion on December 1, 2023. Pursuant to my individual rules of practice, any response was due by December 6, 2023. No response has been filed. Accordingly, the Court grants the motion in part: Plaintiff shall serve its responses to Defendant's written discovery demands by December 11, 2023.

       The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 38.

                                             SO ORDERED.

                                             _____
                                             ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2023
          New York, New York

Copies transmitted this date to all counsel of record.

1